**Wayne D. BUTTS, Plaintiff–Appellant,**

**v.**

**Kathleen SABELIUS, Secretary, The United States Department of Health and Human Services, Defendant–Appellee.**

No. 11–6737.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2011.

Decided: Nov. 23, 2011.

Wayne D. Butts, Appellant Pro Se.

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne D. Butts appeals the district court's order dismissing his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Butts v. Sabelius,* No. 2:11–cv–00269–MSD–DEM (E.D. Va. filed May 20, 2011 & entered May 23, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*